UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,   ) | **ORDER APPROVING THE FINAL** |
| ) | **REPORT OF THE RECEIVER** |
| v.   ) | **AND DISSOLVING THE** |
| ) | **RECEIVERSHIP** |
| PARISH MARKETING AND    ) | Criminal No. 07-384 ADM |
| DEVELOPMENT CORPORATION,    ) | |
| ) | |
| Defendant.   ) | |

Based upon the motion of the United States of America, and all the files, records, and proceedings in this matter, it is hereby **ORDERED** that:

1. The Report of the Court-Appointed Receiver, dated November 14, 2008, is accepted;

2. Payment to Receiver Gary Hansen, Esq., of Oppenheimer Wolff & Donnelly LLP is approved in the amount of $91,534.71. Payment in an additional amount not to exceed $2,000 is also approved for services provided and expenses incurred by the Receiver for the period following the last invoice to the date of this Order dissolving the Receivership. The Receiver shall submit a detailed invoice setting out such fees and expenses.

3. Any remaining funds of the Receivership Estate shall be deposited with the Clerk of U.S. District Court for payment pursuant to the Restitution Order issued in this matter.

4. The Receivership in this matter is dissolved.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: February 5, 2009.